Harry Stuart Kinder
11720 Puerto Banus Ave
Las Vegas, NV 89138
Tel: 415-717-2471
Email: barrister999@yahoo.com
Plaintiff *Pro Se*

NICHOLAS J. BOOS, Nevada Bar No. 16047
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:   (415) 646-4700
Facsimile:    (205) 254-1999

Attorneys for Defendants
LM INSURANCE CORPORATION and LIBERTY MUTUAL
INSURANCE COMPANY

Designation for Service Only:
Kristol Bradley Ginapp, Nevada Bar No. 8468
Holley Driggs
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
kginapp@nevadafirm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY STUART KINDER,<br><br>  Plaintiff,<br><br>v.<br><br>LM INSURANCE CORPORATION, LIBERTY MUTUAL INSURANCE COMPANY, and Does 1 through 100,<br><br>  Defendants. | Case No. 2:23-cv-01338-JAD-BNW<br><br>**STIPULATION TO EXTEND THE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUTOFF** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule LR 1A 6-1 and LR 1A 6-2, the parties respectfully request that the Court approve the parties' stipulation to extend the Expert Disclosures and the Discovery Period in this case for Sixty (60) days. This is the first extension of the deadlines at issue herein.

On March 1, 2024, Plaintiff propounded his First Set of Requests for Production of Documents upon Defendant Liberty Mutual Insurance Company. Liberty Mutual Insurance

Company requested for an extension to respond to the Plaintiff's Requests which Plaintiff agreed. On April 19, 2024, Liberty Mutual Insurance Company responded to Plaintiff's First Set of Requests.

On May 14, 2024, Plaintiff sent a meet and confer request to counsel for Liberty Mutual Insurance Company to discuss and resolve what he viewed as problems/issues in their responses. Liberty Mutual Insurance Company maintains that its responses were appropriate and compliant with the Federal Rules, though the parties are meeting and conferring regarding those issues. To that end, On June 6, 2024, Plaintiff and counsel for Liberty Mutual Insurance Company discussed what Plaintiff viewed as inadequacies in Defendants' responses. Plaintiff and counsel for Liberty Mutual Insurance Company have had further meet and confer discussions in an effort to resolve their disagreements without judicial intervention.

In order for the parties to continue to meet and confer and narrow the issues which must be presented to the Court for resolution, the parties agree that an extension of sixty (60) days of the fact and expert discovery deadlines is appropriate, and the parties respectfully request that the Court so order.

The approval of this stipulation, beyond modifying the dates for expert disclosure, rebuttal disclosures, and the date for close of discovery, will not significantly impact other dates, if any, established by this Court. Accordingly, the parties respectfully request approval of this stipulation.

## **CONCLUSION**

For the reasons set forth above, the parties respectfully request that the Court approve this stipulation seeking to extend the date for Expert Disclosures and the Discovery Period in this case for Sixty (60) days. The requested new dates are as follows:

1. Expert Disclosures from August 29, 2024 to October 29, 2024
2. Rebuttal to Expert Disclosures from September 28, 2024 to November 28, 2024
3. Discovery cut off from October 28, 2024 to December 28, 2024

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: July 30, 2024 | /s/ Harry Stuart Kinder |
| | By: Harry Stuart Kinder |
| | Plaintiff *Pro Se* |
| Dated: July 30, 2024 | MAYNARD NEXSEN LLP |
| | By: NICHOLAS J. BOOS |
| | Attorneys for Defendants |
| | LM INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2024

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )
COUNTY OF SAN FRANCISCO       )

      I am employed in the County of San Francisco, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, CA 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION TO EXTEND THE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUTOFF**

on the interested parties in this action:

Harry Stuart Kinder
11720 Puerto Banus Avenue
Las Vegas, NV 89138
Tel: (415) 717-2471
Email: barrister999@yahoo.com

Plaintiff, Self-Represented

**[X]     BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be sent from email address bday@maynardnexsen.com to the persons at the e-mail addresses listed above.

      I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on July 30, 2024, in San Francisco, California.

_____
Brian Day