Harry Stuart Kinder
11720 Puerto Banus Ave
Las Vegas, NV 89138
Tel: 415-717-2471
Email: barrister999@yahoo.com
Plaintiff *Pro Se*

NICHOLAS J. BOOS, Nevada Bar No. 16047
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:    (415) 646-4700
Facsimile:    (205) 254-1999

Attorneys for Defendants
LM INSURANCE CORPORATION and LIBERTY MUTUAL
INSURANCE COMPANY

Designation for Service Only:
Kristol Bradley Ginapp, Nevada Bar No. 8468
Holley Driggs
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
kginapp@nevadafirm.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY STUART KINDER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LM INSURANCE CORPORATION, LIBERTY MUTUAL INSURANCE COMPANY, and Does 1 through 100,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-01338-JAD-BNW<br><br>**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL**<br><br>**(SECOND REQUEST)**<br><br>Motion Filed: July 15, 2024 |

Pursuant to Local Rules IA 6-1, IA 6-2, and Local Rule 7-1, Defendants LM Insurance Corporation and Liberty Mutual Insurance Company ("Defendants") and Plaintiff Harry Stuart Kinder ("Plaintiff") (collectively, Defendants and Plaintiff are referred to as "the Parties"), jointly move the Court for an order extending the deadline for Defendants to file an opposition to Plaintiff's Motion to Compel filed on July 15, 2024. Docket No. 27 ("the Motion"). The Court previously extended the deadline 14 days, resulting in a new opposition deadline of August 12,

2024. The Parties seek a further extension of 7 days, with a new resulting deadline of August 19, 2024. This is the second motion to extend the deadline at issue. The Parties respectfully submit that good cause exists to extend this deadline due to their continued meet and confer efforts which may narrow the discovery issues that the Court will need to adjudicate. In support of their request, the Parties state as follows:

Plaintiff filed the Motion on July 15, 2024. Docket No. 27. The Parties have met and conferred multiple times related to certain issues raised in the Motion and are continuing to meet and confer in an attempt to resolve further issues. Specifically, since the pendency of the Motion, Defendants have produced additional documents. This may resolve an issue raised in the motion. Additionally, Defendants have agreed to produce the maintained underwriting file for the policy at issue and portions of its claim handling guidelines applicable to homeowners' policy property loss claims upon the entry of a protective order. The Parties are meeting and conferring regarding entering into a stipulated protective order.

The Parties submit that the possibility of resolution of some issues in the Motion which may occur should the extension be granted also constitutes good cause. Though the Parties are seeking additional time, the 7 days now requested would allow the Parties continue to meet and confer. The resulting new deadline would be August 19, 2024. The Parties do not request an extension of any other deadline through this motion.

Dated: Aug 9, 2024

By: /s/ Harry Stuart Kinder
Harry Stuart Kinder
Plaintiff *Pro Se*

Dated: 8/9/2024

MAYNARD NEXSEN LLP

By: NICHOLAS J. BOOS
Attorneys for Defendants
LM INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 12, 2024